# EXHIBIT 3

Notice of DMCA Complaint from Dropbox, Inc.

**From:** Dropbox <copyright@dropbox.com>
**Date:** December 2, 2019 at 5:27:09 PM EST
**To:** greg@tgdlaw.com
**Subject: Notice of DMCA Complaint**
**Reply-To:** copyright@dropbox.com



Hi Dropbox User,

We've received a notification under the Digital Millennium
Copyright Act ("DMCA") from North Carolina Division, Sons of
Confederate Veterans that the following material is claimed to be
infringing:

https://www.dropbox.com/s/u5w53zmvwhqqn01/SCV%
20Internal%20Victory%20Statement.pdf?dl=0

Accordingly, under Section 512(c)(1)(C) of DMCA, we've removed
or disabled access to the material that is claimed to be infringing
or to be the subject of infringing activity.

As a result of this notice, public sharing on your account has been
disabled. We will reinstate
your account's public links if you remove the file(s) listed above
from your account.

Please be aware that copyright infringement violates our Terms of Service and Copyright Policy,
which can be found at:

https://www.dropbox.com/terms#terms
https://www.dropbox.com/help/210

Also note that Dropbox has a policy of terminating the accounts of repeat infringers. If you
repeatedly use Dropbox to infringe copyrights, your account will be terminated and you will lose
access to your files.

If you believe that this DMCA notice was sent in error, you may file a counter notification. That notification must comply substantially with 17 U.S.C. § 512(g)(3) and include a statement under penalty of perjury of a good faith belief that the DMCA notice was the result of mistake or misidentification.


You can submit a counter notification using our online form here:

https://www.dropbox.com/dmca_counter_notification_form?
takedown_by_uid=18468&h=AApklJiS3_
Q1xZIRVLpDESedi9ZZxQo6Ts4dF2fDS9NuYg

or by sending it to the following address:

Copyright Agent
Dropbox Inc.
333 Brannan Street
San Francisco, CA 94107
copyright@dropbox.com

- The Dropbox Team

© 2019 Dropbox