# EXHIBIT 5

Dropbox, Inc. Copyright Complaint Form

12/11/2019 Case 4:19-cv-08148-HSG Document 1-5 Filed 12/13/19 Page 2 of 3
Dropbox Copyright



Sign in

**Notification of claimed infringement**
Please use this form to request the removal of Dropbox links under the DMCA.

| | |
|---|---|
| The following content: | Please choose one |
| URLs of offending content (one per line) | |
| Copyrighted work claimed to have been infringed | |

| | | | |
|---|---|---|---|
| Copyright owner name | | Address | |
| My full name | | City | |
| Job title | | State/Province | |
| Email address | | ZIP/Postal code | |
| Phone | | Country | United States |
| Fax | | | |

**By checking the following boxes, I state UNDER PENALTY OF PERJURY of law that:**

☐ I hereby state that I have a good faith belief that the sharing of copyrighted material at the location above is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

☐ I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of, the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

☐ I acknowledge that under Section 512(f) any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Typing your full name in this box will act as your digital signature.

Submit

https://www.dropbox.com/copyright_complaint 1/2

| Dropbox | About us | Support | Community | | English (United States) |
|---|---|---|---|---|---|
| Install | Dropbox Blog | Help Center | Referrals | | |
| Mobile | About | Contact us | Developers | | |
| Pricing | Branding | Copyright | | | |
| Business | News | Cookies | | | |
| Enterprise | Jobs | Privacy & Terms | | | |
| Features | | Sitemap | | | |