# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC<br><br>*Plaintiff(s)*<br>v.<br>Ronald Kevin Stone; North Carolina Division Sons of Confederate Veterans, Inc.; and Dropbox, Inc.<br><br>*Defendant(s)* | Civil Action No. 4:19-cv-08148-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronald Kevin Stone
805 Cool Springs Road
Sanford, North Carolina 27330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc J. Randazza
Alex J. Shepard
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

Date: 12/16/2019

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:19-cv-08148-KAW |
| Ronald Kevin Stone; North Carolina Division Sons of Confederate Veterans, Inc.; and Dropbox, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* North Carolina Division, Sons of Confederate Veterans
805 Cool Springs Road
Sanford, North Carolina 27330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J. Randazza
Alex J. Shepard
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

Date: 12/16/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Ronald Kevin Stone; North Carolina Division Sons of Confederate Veterans, Inc.; and Dropbox, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:19-cv-08148-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dropbox, Inc.
1800 Owens Street
San Francisco, California 94158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J. Randazza
Alex J. Shepard
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong

Date: 12/16/2019

*Signature of Clerk or Deputy Clerk*