AO 121 (Rev. 06/16)  (CAND version 8/18)

| TO: | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION     ☐ APPEAL

COURT NAME AND LOCATION
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

DOCKET NO: 19-cv-08148-KAW

DATE FILED: 12/13/2019

PLAINTIFF: Doucette

DEFENDANT: Stone

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. Not Provided | Not Provided | Not Provided |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED

INCLUDED BY:
☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:
☐ Order     ☐ Judgment

WRITTEN OPINION ATTACHED:
☐ Yes     ☐ No

DATE RENDERED:

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Anthony Squillante*
(by) Deputy Clerk, Anthony J. Squillante

12/18/19
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy