1  Marc J. Randazza (CA SBN 269535)
   Alex J. Shepard (CA SBN 29058)
2  Jay M. Wolman (*pro hac vice* forthcoming)
   RANDAZZA LEGAL GROUP, PLLC
3  2764 Lake Sahara Drive, Suite 109
   Las Vegas, NV 89117
4  Telephone: 702-420-2001
5  ecf@randazza.com
6  *Attorney for Plaintiffs*
   *T. Greg Doucette & Law Offices of*
7  *T. Greg Doucette, PLLC*
8

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS GREGORY DOUCETTE,** an individual, and **LAW OFFICES OF T. GREG DOUCETTE, PLLC,** a North Carolina professional Texas limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>**RONALD KEVIN STONE**, an individual, **NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC.,** a North Carolina corporation, and **DROPBOX, INC.,** a Delaware corporation,<br><br>Defendants. | Case No.: 4:19-cv-08148-KAW<br><br>**PLAINTIFFS' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiffs Thomas Gregory Doucette ("Mr. Doucette") and Law Offices of T. Greg Doucette, PLLC (collectively "Plaintiffs") hereby voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and

entry of final judgment. Plaintiffs understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  December 30, 2019

Respectfully submitted,
/s/ Marc J. Randazza
Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
Jay M. Wolman (*pro hac vice forthcoming*)

RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorney for Plaintiffs*

*T. Greg Doucette & Law Offices of*
*T. Greg Doucette, PLLC*