David Y. Choi (SBN# 263917)
dchoi@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
(213) 415-7200 (Phone)
(213) 415-7299 (Fax)

Richard Charnley (SBN# 70430)
rlc@charnleyrian.com
Nicole Uhlmann (SBN# 200783)
nwu@charnleyrian.com
CHARNLEY RIAN LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025-1188
(310) 321-4300 (Phone)
(310) 893-0273 (Fax)

Attorneys for Defendants
RONALD KEVIN STONE and NORTH CAROLINA
DIVISION SONS OF CONFEDERATE VETERANS, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS GREGORY DOUCETTE, an individual, and LAW OFFICES OF T. GREG DOUCETTE, PLLC, a North Carolina professional limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD KEVIN STONE, an individual, NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC., a North Carolina corporation, and DROPBOX, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-08148-KAW<br><br>**DECLARATION OF RONALD KEVIN STONE IN SUPPORT OF MOTION TO DISMISS**<br><br><br>Date: March 19, 2020<br>Time: 1:30 p. m.<br>Courtroom: TBD<br>Judge: Kandis A. Westmore |

I, Ronald Kevin Stone, declare under penalty of perjury as follows:

1

1. I am over 18 years of age and suffer no disability as a witness. I have personal knowledge of the facts stated herein and could testify competently on the matters set forth in this declaration if called to do so.

2. I am a resident of the State of North Carolina. I have never lived in California and do not own any real property in California.

3. I do not have any personal property or bank accounts located in California. I have never maintained a telephone listing, mailing address, or post office box in California. I have never maintained an office in California.

4. I am the Division Commander of the North Carolina Division Sons of Confederate Veterans, Inc. ("NCSCV") and have personal knowledge regarding NCSCV's operations in my role as an officer of NCSCV. NCSCV is a North Carolina registered nonprofit corporation organized under the laws of North Carolina. NCSCV is headquartered in Sanford, Lee County, North Carolina.

5. NCSCV has never had any office in California and does not maintain a registered agent in California. NCSCV does not own any real property or personal property in California. NCSCV does not maintain any bank accounts in California.

6. NCSCV has never had a telephone listing, mailing address, or P.O. box in California.

7. NCSCV does not conduct any of its operations in California. NCSCV does not have any officers or members in California. With the exception of the legal counsel NCSCV engaged to defend it and myself in the present litigation, NCSCV has no representatives or agents in California.

8. On December 2, 2019, Plaintiffs posted the entirety of a letter document I created for distribution to NCSCV's membership regarding ongoing litigation in state court in Orange

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

County Superior Court, North Carolina concerning a monument honoring students and graduates of the University of North Carolina at Chapel Hill who served in the Confederate armed forces onto Plaintiffs' Twitter page using Dropbox.

9. On behalf of NCSCV, its Chief of Staff Matthew McGuigan electronically submitted a notification of claimed infringement to Dropbox using Dropbox's DMCA complaint form concerning Plaintiffs' copying and use of the entirety of the NCSCV letter. Mr. McGuigan took a screenshot of the electronic DMCA complaint form prior to submission, which captured some of the language NCSCV included in its complaint. (**Exhibit A**).

10. Mr. McGuigan received an auto-generated communication from "no-reply@dropbox.com" that Thomas Gregory Doucette had submitted a counter notification in response to NCSCV's DMCA notice. (**Exhibit B**).

11. NCSCV later elected to withdraw its DMCA complaint against Plaintiffs and submitted a support request to Dropbox's online support page to vacate the complaint. Mr. McGuigan received a response acknowledging receipt of that request from "support@dropbox.zendesk.com." (**Exhibit C**).

12. NCSCV did not receive an email response from Dropbox confirming that its DMCA complaint had been withdrawn. The help request was marked "solved," however, when NCSCV's Chief of Staff visited Dropbox's support webpage to check the status of NCSCV's request. (**Exhibit D**).

13. NCSCV and its representatives did not speak to any Dropbox employees or personnel over the telephone regarding its DMCA complaint. The only communications NCSCV and its representatives received from Dropbox appeared to be auto-generated replies.

[SIGNATURE ON FOLLOWING PAGE]

This the 13 day of February 20, 2020.

_____
Ronald Kevin Stone

Lee    County, North Carolina

Signed and sworn to before me this day by  Ronald Kevin Stone
                                            (name of principal)

Date: 2-13-2020    _____
                   Notary Public

(Official Seal)           My Commission Expires: 2-15-2023

AVA HOLT COLEY
Notary Public – North Carolina
Lee County
My Commission Expires Feb 15, 2023

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

4
DECLARATION OF RONALD KEVIN STONE IN SUPPORT OF MOTION TO DISMISS
4:19-cv-08148-KAW

**Notification of claimed infringement**
Please use this form to request the removal of Dropbox links under the DMCA.

| Field | Value |
|---|---|
| The following content: | Infringes on the copyright of someone I am authorized to represent. |
| URLs of offending content (one per line) | https://www.dropbox.com/s/u5w53zmvwhqqn01/SCV%20Internal%20Victory%20Statement.pdf?dl=0 |
| Copyrighted work claimed to have been infringed | documents is strictly prohibited. If you have received this document in error, please notify the sender immediately to arrange for return or destruction of these documents. [Title 18 USC] --- |
| Copyright owner name | North Carolina Division, So |
| My full name | Matthew Allen McGuigan |
| Job title | Chief of Staff |
| Email address | mcguigan@rocketmail.com |
| Phone | |
| Fax | |
| Address | |
| City | |
| State/Province | NC |
| ZIP/Postal code | 27704-3713 |
| Country | United States |

**By checking the following boxes, I state UNDER PENALTY OF PERJURY of law that:**

☑ I hereby state that I have a good faith belief that the sharing of copyrighted material at the location above is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

☑ I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of, the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

☑ I acknowledge that under Section 512(f) any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Typing your full name in this box will act as your digital signature.

Matthew Allen McGuigan

[Submit]

**Exhibit A**

| | |
|---|---|
| **From:** | Dropbox <no-reply@dropbox.com> |
| **Sent:** | Tuesday, December 3, 2019 2:31 PM |
| **To:** | mcguigan@rocketmail.com |
| **Subject:** | DMCA Counter Notice |

Hi Matthew Allen McGuigan,

We've received the following counter notification in response to your DMCA notice dated 2019-12-02 21:24:53 (GMT):

------------------------

URLs:

[https://www.dropbox.com/s/u5w53zmvwhqqn01/SCV Internal Victory Statement.pdf?dl=0]

Counter notifier: [Thomas Gregory Doucette]

Email: [greg@tgdlaw.com]

Job title: [Managing Attorney]

Phone: [9199986993]

Fax: [8667947517]

Street: [311 E. Main Street]

City: [Durham]

State/Province: [NC]

Zip/Postal code: [27701-3717]

Country: [US]

By checking the following boxes, I state UNDER PENALTY OF PERJURY

1

Exhibit B

of law that:

[X] I swear under penalty of perjury that I have a good faith belief that the material referenced above was removed or disabled as a result of mistake or misidentification.

[X] I consent to the jurisdiction of Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, for any judicial district in which Dropbox may be found.

[X] I will accept service of process from the person who provided the DMCA notification.

Typing your full name in this box will act as your digital signature.
[Thomas Gregory Doucette]

------------------------

If you elect to file an action seeking a court order to restrain the subscriber from engaging in infringing activity relating to the material referenced above, please promptly serve notice of such action on our designated agent as required by the DMCA.

Best,
- The Dropbox Team

© 2019 Dropbox

2

Case 4:19-cv-08148-KAW   Document 9-1   Filed 02/14/20   Page 8 of 10

| | |
|---|---|
| **From:** | Dropbox (Dropbox Support) <support@dropbox.zendesk.com> |
| **Sent:** | Saturday, December 14, 2019 3:25 PM |
| **To:** | mcguigan@rocketmail.com |
| **Subject:** | DB: DMCA Complaint done/complete/vacated |

##- Please type your reply above this line -##

Ticket #10064980: DB: DMCA Complaint done/complete/vacated

Hi,

Your question has been received by our support team. We'll get in touch soon with a solution or if we need more details.

In the meantime, have you checked out our Help Centre at https://db.tt/JabnP6AEn4 for FAQs, how-to articles and more?

Do you have a question about a previous ticket? You can view it by logging in to your customer portal at https://dropbox.zendesk.com/. Please bear in mind that this isn't your Dropbox password and, if you're having trouble accessing this portal, the password can be reset on the sign-in page.

The Dropbox Support team



 

Dropbox Support  >  My activities

# DB: DMCA Complaint done/complete/vacated

 **mcguigan**
December 14, 2019 15:25

Besides not following through with a DMCA complaint, after it has been countered, is there any addition steps to complete or vacate the process with Dropbox?

This request is closed for comments. You can create a follow-up.

| | |
|---|---|
| Requester | mcguigan |
| Created | December 14, 2019 15:25 |
| Last activity | December 20, 2019 18:07 |
| Assigned to | Lotte |
| Id | #10064980 |
| Status | solved |
| Priority | Normal |

Dropbox Support      English (US)



# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 S. Figueroa St., Suite 2000, Los Angeles, California 90017.

I hereby certify that on the 14th day of February, 2020, I will electronically file the foregoing **DECLARATION OF RONALD KEVIN STONE IN SUPPORT OF MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) on the interested parties to this action as follows:

| | |
|---|---|
| Marc J. Randazza (CA SBN 269535)<br>Alex Shepard (CA SBN 29058)<br>Jay M. Wolman (pro hac vice forthcoming)<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Telephone: 702-420-2001<br>Fax: 305-437-7662<br>ecf@randazza.com<br><br>*Attorneys For Plaintiffs*<br><br>**T. GREG DOUCETTE & LAW OFFICES OF T. GREG DOUCETTE, PLLC** | Richard Charnley (SBN# 70430)<br>rlc@charnleyrian.com<br>Nicole Uhlmann (SBN# 200783)<br>Email address<br>CHARNLEY RIAN LLP<br>12121 Wilshire Boulevard<br>Suite 600<br>Los Angeles, CA 90025-1188<br>(310) 321-4300 (Phone)<br>(310) 893-0273 (Fax)<br><br>**CO-COUNSEL** |

Executed on February 14, 2020 at Los Angeles, California.

X   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
**Robert Mendoza**

---

12
DEFENDANTS STONE'S AND NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4:19-cv-08148-KAW

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200