1
2
3
4
5
6
7

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS GREGORY DOUCETTE, an individual, and LAW OFFICES OF T. GREG DOUCETTE, PLLC, a North Carolina professional limited liability company, | Case No. 4:19-cv-08148-KAW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| Plaintiffs, | |
| v. | |
| RONALD KEVIN STONE, an individual, NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC., a North Carolina corporation, and DROPBOX, INC., a Delaware corporation, | Date:        March 19, 2020<br>Time:        1:30 p. m.<br>Courtroom: TBD<br>Judge:       Kandis A. Westmore |
| Defendants. | |

Having considered Defendants Ronald Kevin Stone's and North Carolina Division Sons of Confederate Veterans, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, the pleadings, the submissions of the parties, and the arguments of counsel, it is hereby ORDERED that the Motion is granted and Defendants Ronald Kevin Stone and North Carolina Division Sons of Confederate Veterans, Inc. are hereby DISMISSED for lack of personal jurisdiction.

SIGNED on the _____ day of _____, 2020.

_____

District Court Judge for United States District Court
for the Northern District of California

[PROPOSED] MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

4:19-cv-08148-KAW

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200