

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

February 18, 2020

Re:   Thomas Gregory Doucette, et al. v. Stone

Case Number: 19-cv-08148-KAW

Dear Counsel/Parties:

    At filing, this matter was randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial. A motion hearing has been scheduled for March 19, 2020. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Westmore.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. Defendants Stone and North Carolina Division, Sons of Confederate Veterans shall complete the attached form documenting either consent or declination and e-file it with the Court by **February 25, 2020**. This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences

                            Susan Y. Soong

                              Clerk, United States District Court

                              Doug Merry, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GREGORY DOUCETTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD KEVIN STONE, et al.,<br><br>Defendants. | Case No. 19-cv-08148-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                              NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*