David Y. Choi (SBN# 263917)
dchoi@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
(213) 415-7200 (Phone)
(213) 415-7299 (Fax)

Richard Charnley (SBN# 70430)
rlc@charnleyrian.com
Nicole Uhlmann (SBN# 200783)
nwu@charnleyrian.com
CHARNLEY RIAN LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025-1188
(310) 321-4300 (Phone)
(310) 893-0273 (Fax)

Attorneys for Defendants
RONALD KEVIN STONE and NORTH CAROLINA
DIVISION SONS OF CONFEDERATE VETERANS, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS GREGORY DOUCETTE, an individual, and LAW OFFICES OF T. GREG DOUCETTE, PLLC, a North Carolina professional limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD KEVIN STONE, an individual, NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC., a North Carolina corporation, and DROPBOX, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-08148-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Dated:  February 24, 2020          /s/   *David Y. Choi*
                                   By:   David Y. Choi
                                         Goldberg Segalla LLP
                                         Attorney for Defendants
                                         RONALD KEVIN STONE and NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC.

I attest, in accordance with Local Rule 5-1(i), that concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  February 24, 2020          /s/   *Richard Charnley*
                                   By:   Richard Charnley
                                         Nicole Uhlmann
                                         Charnley Rian LLP
                                         Attorneys for Defendants
                                         RONALD KEVIN STONE and NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 S. Figueroa St., Suite 2000, Los Angeles, California 90017.

I hereby certify that on the 24th day of February, 2020, I will electronically file the foregoing **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** with the Clerk of Court using the CM/ECF system, which will then send a electronic notification of such filing (NEF) on the interested parties to this action as follows:

| Marc J. Randazza (CA SBN 269535)<br>Alex Shepard (CA SBN 29058)<br>Jay M. Wolman (pro hac vice forthcoming)<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Telephone: 702-420-2001<br>Fax: 305-437-7662<br>ecf@randazza.com<br><br>*Attorneys For Plaintiffs*<br><br>**T. GREG DOUCETTE & LAW OFFICES OF T. GREG DOUCETTE, PLLC** | Richard Charnley (SBN# 70430)<br>rlc@charnleyrian.com<br>Nicole Uhlmann (SBN# 200783)<br>nwu@charnleyrian.com<br>CHARNLEY RIAN LLP<br>12121 Wilshire Boulevard<br>Suite 600<br>Los Angeles, CA 90025-1188<br>(310) 321-4300 (Phone)<br>(310) 893-0273 (Fax)<br><br>**CO-COUNSEL** |

Executed on February 24, 2020 at Los Angeles, California.

X   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
**Robert Mendoza**