# **EXHIBIT 1**

Dropbox Web Site "Office" Page



Work at Dropbox    Teams    Locations    All Jobs

Search jobs

# Office

Our Office team is responsible for creating the unique Dropbox environment in our growing offices around the world. From San Francisco to Sydney, our office team locates, designs, and maintains our global campuses. Meanwhile, the Tuck Shop crew raises the culinary bar with every meal.

See team openings



## Meet our people





**Chef Brian**

"We never repeat the menu. When you have inspiration and experience, it's easy to be innovative."

**Peter**

"I'm responsible for making sure everyone in the office is happy and taken care of, from food to security to temperature, etc."

**Meir**

"What stood out to me from the get-go, joining a more established company like Dropbox, was the emphasis on a strong engineering culture. There were tangible values on

display."

Read Brian's story

Read Peter's story

Read Meir's story

## Find out more



### Our headquarters

Take a tour of our San Francisco office, with a music studio, a treehouse, and comfy, collaborative spaces.

Learn more



### Our cafe

We love great food. We also love innovation. Our chefs expertly combine the two—they never repeat a recipe!

Learn more



### Life Inside Dropbox

Find stories, photos, and interviews from around the company. Get to know who we are, what we do, and how we work.

Learn more

## Open positions

There are no open positions right now. Check back soon—we're growing fast!

| Dropbox | Using Dropbox | Company | Downloads | Legal |
|---|---|---|---|---|
| Plus | Help center | About us | Desktop app | Privacy |
| Business | Security | Contact | Mobile apps | Terms |
| Enterprise | Features | Investor relations | | Sitemap |
| Paper | Productivity | Blog | | |
| Plans | Apps and integrations | | | |

