# **EXHIBIT 5**

Dropbox DMCA Agent Information

## Service Provider History:

Effective: September 2, 2019 to Present (Active)

### Service Provider/Designated Agent Information

| | |
|---|---|
| **Service Provider:** | Dropbox, Inc.<br>1800 Owens Street<br>San Francisco, CA 94158 |
| **Designated Agent:** | Content Safety Manager<br>Dropbox, Inc.<br>1800 Owens Street<br>San Francisco, CA 94158<br>Phone: 415-986-7057<br>Email: copyright@dropbox.com |
| **Status:** | Active |
| **Effective:** | September 2, 2019 to Present |

Back to Search

**Explanation of Status Field**

The directory contains both current service provider/designated agent information as well as prior versions of designations.

- **"Active"** refers to the service provider's current designation.
- **"Inactive"** refers to an older designation that is no longer in use by the service provider and has been superseded by a newer designation.
- **"Terminated"** refers to a designation that is no longer active and for which the service provider has not provided any superseding designation.

U.S. Copyright Office

Library of Congress  |  Congress.gov  |  USA.gov  |  FOIA  |  Legal  |  Privacy Policy  |  DMCA Help