# EXHIBIT 6

Declaration of Alex J. Shepard

Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
Jay M. Wolman (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorney for Plaintiffs*
*T. Greg Doucette & Law Offices of*
*T. Greg Doucette, PLLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **THOMAS GREGORY DOUCETTE,** et. al., | Case №.: 4:19-cv-08148-HSG |
| Plaintiffs, | **DECLARATION OF ALEX. J. SHEPARD IN SUPPORT OF OPPOSITION TO DEFENDANTS RONALD KEVIN STONE'S AND NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| vs. | |
| **RONALD KEVIN STONE**, et. al., | |
| Defendants. | |
| | Date:        TBD |
| | Time:        TBD |
| | Courtroom:   2 |
| | Judge:       Hon. Haywood S. Gilliam, Jr. |

I, Alex J. Shepard, declare as follows:

1.     I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty.

2.      I am employed as an associate attorney at Randazza Legal Group, PLLC ("RLG").

3.      I am licensed to practice in the States of California and Nevada, and I am counsel for Plaintiffs Thomas Gregory Doucette and the Law Offices of T. Greg Doucette, PLLC (collectively, "Plaintiffs") in this matter.

4.      I submit this declaration in support of Plaintiffs' Opposition (the "Opposition") to Defendants Ronald Kevin Stone's and North Carolina Division Sons of Confederate Veterans, Inc.'s ("NCSCV") (collectively, "Defendants") Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion").

5.      Based on the evidence provided by Defendants in the Motion, it appears NCSCV possesses and regularly uses a <rocketmail.com> email address.

6.      On information and belief, Rocketmail is an email service administered and operated by Yahoo! Inc.

7.      On information and belief, Yahoo! Inc. is a corporation with its principal place of business located in California.

8.      On February 27, 2020 at approximately 3:37 pm PST, while at the Las Vegas, Nevada office of RLG while using the Google Chrome Internet browser on a Macbook Air laptop, I visited the web page at the following url: https://www.dropbox.com/jobs/teams/office.   Immediately after visiting this page, I took a screenshot of it using the Awesome Screenshots browser extension for the sake of fully preserving the content and format of this web page.  A true and correct copy of this screenshot is attached to the Opposition as **Exhibit 1**.

9.      On February 27, 2020 at approximately 3:16 pm PST, while at the Las Vegas, Nevada office of RLG while using the Google Chrome Internet browser on a Macbook Air laptop, I visited the web page at the following url: https://www.dropbox.com/terms.  Immediately after visiting this page, I made a

printout of this page using the Google Chrome browser's print function.  A true and correct copy of this printout is attached to the Opposition as **Exhibit 2**.

10.     On information and belief, **Exhibit 3** to the Opposition is a true and correct copy of an order of February 20, 2020, filed in the General Court of Justice, Superior Court Division, Orange County, North Carolina, in the matter of North Carolina Division Sons of Conferderate Veterans, Inc. v. The University of North Carolina, et al., Case No. 19-CVS 1579.

11.     On February 27, 2020 at approximately 3:25 pm PST, while at the Las Vegas, Nevada office of RLG while using the Google Chrome Internet browser on a Macbook Air laptop, I visited the web page at the following url: https://www.dropbox.com/terms#dmca.  Immediately after visiting this page, I made a printout of this page using the Google Chrome browser's print function. A true and correct copy of this printout is attached to the Opposition as **Exhibit 4**.

12.     On February 27, 2020 at approximately 3:26 pm PST, while at the Las Vegas, Nevada office of RLG while using the Google Chrome Internet browser on a Macbook Air laptop, I visited the web page at the following url: https://www.dropbox.com/terms#dmcahttps://dmca.copyright.gov/osp/publish/history.html?search=dropbox&id=3c0075cdd377972b704125dcb5a44df5. Immediately after visiting this page, I made a printout of this page using the Google Chrome browser's print function.  A true and correct copy of this printout is attached to the Opposition as **Exhibit 5**.

///
///
///
///

1    I swear under penalty of perjury that the foregoing is true and correct to

2 the best of my knowledge.

3    Executed on: February 28, 2020.

4

5

6    /s/ Alex J. Shepard
     Alex J. Shepard

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27