1  David Y. Choi (SBN# 263917)
   dchoi@goldbergsegalla.com
2   GOLDBERG SEGALLA LLP
   777 S. Figueroa Street, Suite 2000
3  Los Angeles, CA 90017
   (213) 415-7200 (Phone)
4  (213) 415-7299 (Fax)

5  Richard Charnley (SBN# 70430)
   rlc@charnleyrian.com
6  Nicole Uhlmann (SBN# 200783)
   nwu@charnleyrian.com
7  CHARNLEY RIAN LLP
   12121 Wilshire Boulevard
8  Suite 600
   Los Angeles, CA 90025-1188
9  (310) 321-4300 (Phone)
   (310) 893-0273 (Fax)
10
   Attorneys for Defendants
11  RONALD KEVIN STONE and NORTH CAROLINA
    DIVISION SONS OF CONFEDERATE VETERANS, INC.
12

13          **IN THE UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15          **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| 17  THOMAS GREGORY DOUCETTE, an individual, and LAW OFFICES OF T. GREG | Case No. 4:19-cv-08148-HSG |
| 18  DOUCETTE, PLLC, a North Carolina professional limited liability company, | **STIPULATION PURSUANT TO RULE 6-2 OF LOCAL RULES FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| 19                         Plaintiffs, | |
| 20 | |
| 21       v. | |
| 22  RONALD KEVIN STONE, an individual, NORTH CAROLINA DIVISION SONS OF | |
| 23  CONFEDERATE VETERANS, INC., a North Carolina corporation, and DROPBOX, INC., a Delaware corporation, | |
| 24 | |
| 25                         Defendants. | |

26

27          NOW COME the Parties, pursuant to Local Rules 6-1(b), 6-2 and 7-12 of the Civil Local

28  Rules for the United States District Court for the Northern District of California, and submit this

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

1

25736986.v1

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

stipulated request for a Court Order extending the deadlines for (1) Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; (2) the Case Management Statement; and (3) the Case Management Conference.  In support of the Parties' Stipulated Request, the Parties show onto the Court as follows:

1.  Presently, pursuant to Local Rule 7-3(c), Defendants' Reply is due on Friday, March 6, 2020.  The parties jointly request a two (2) week extension, up to and including Friday March 20, 2020, for Defendants' Reply on the basis that the parties are currently engaged in settlement negotiations and anticipate that this dispute may be resolved without further need for judicial intervention.  The parties agree that Defendants will submit their Reply by March 20, 2020 if settlement efforts are unsuccessful.

2.  Pursuant to the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case (Doc. 15, Text-only Entry), the Parties' Case Management Statement is due on March 10, 2020, and the Case Management Conference is set for March 17, 2020.  The parties respectfully request that the Court postpone the case management statement and hearing so the parties may continue their settlement efforts.  The parties jointly request an enlargement of time of two (2) weeks for the Case Management Statement, up to and including March 24, 2020.  The parties jointly ask the Court to reset the Case Management Conference for a date convenient to the Court following the submission of the Case Management Statement.

3.  The parties have not previously sought any enlargements of time from the Court. The requested modifications will have a minimal impact upon the schedule for the case as the previous hearing date for Defendants' Motion to Dismiss was vacated upon reassignment of the case to The Honorable Haywood S. Gilliam, Jr. and because the Case Management Conference has not yet occurred.  The parties further state that their settlement efforts may moot the need for a Case Management Statement, Case Management Conference, or further judicial intervention.

2

STIPULATION PURSUANT TO RULE 6-2 OF THE LOCAL RULES

4:19-cv-08148-KAW

25736986.v1

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

1   Dated:  March 3, 2020            By:            /s/ *David Y. Choi*

2                                                    David Y. Choi
                                                     Lisa M. Conn
3                                                    Attorneys for Defendants
                                                     RONALD KEVIN STONE and NORTH
4                                                    CAROLINA DIVISION SONS OF
                                                     CONFEDERATE VETERANS, INC.

5

6                                                    I attest, in accordance with Local Rule 5-
                                                     1(i), that concurrence in the filing of this
7                                                    document has been obtained from each of
                                                     the below signatories.

8

9    Dated:  March 3, 2020            By:            /s/ *Richard Charnley*

10                                                   Richard Charnley
                                                     Nicole Uhlmann
11                                                   Attorneys for Defendants
                                                     RONALD KEVIN STONE and NORTH
12                                                   CAROLINA DIVISION SONS OF
                                                     CONFEDERATE VETERANS, INC

13

14   Dated:  March 3, 2020            By:            /s/ *Marc J. Randazza*

15                                                   Marc J. Randazza
                                                     Alex J. Shepard
16                                                   Jay M. Wolman (*pro hac vice*
                                                     forthcoming)
17                                                   RANDAZZA LEGAL GROUP, PLLC
                                                     Attorneys for Plaintiffs
18                                                   THOMAS GREGORY DOUCETTE and
                                                     LAW OFFICES OF T. GREG
19                                                   DOUCETTE, PLLC

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24   SIGNED on the _____ day of _____, 2020.

25                                           _____

26                                           The Honorable Haywood S. Gilliam, Jr.
                                             District Court Judge for United States District Court
27                                           for the Northern District of California

28

                                             3
STIPULATION PURSUANT TO RULE 6-2 OF THE LOCAL RULES
                                                              4:19-cv-08148-KAW

25736986.v1