David Y. Choi (SBN# 263917)
dchoi@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
(213) 415-7200 (Phone)
(213) 415-7299 (Fax)

Richard Charnley (SBN# 70430)
rlc@charnleyrian.com
Nicole Uhlmann (SBN# 200783)
nwu@charnleyrian.com
CHARNLEY RIAN LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025-1188
(310) 321-4300 (Phone)
(310) 893-0273 (Fax)

Attorneys for Defendants
RONALD KEVIN STONE and NORTH CAROLINA
DIVISION SONS OF CONFEDERATE VETERANS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS GREGORY DOUCETTE, an individual, and LAW OFFICES OF T. GREG DOUCETTE, PLLC, a North Carolina professional limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD KEVIN STONE, an individual, NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC., a North Carolina corporation, and DROPBOX, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:19-cv-08148-HSG<br><br>**STIPULATION PURSUANT TO RULE 6-2 OF LOCAL RULES FOR THE NORTHERN DISTRICT OF CALIFORNIA; ORDER** |

NOW COME the Parties, pursuant to Local Rules 6-1(b), 6-2 and 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, and submit this

stipulated request for a Court Order extending the deadlines for (1) Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; (2) the Case Management Statement; and (3) the Case Management Conference. In support of the Parties' Stipulated Request, the Parties show onto the Court as follows:

1. Presently, pursuant to Local Rule 7-3(c), Defendants' Reply is due on Friday, March 6, 2020. The parties jointly request a two (2) week extension, up to and including Friday March 20, 2020, for Defendants' Reply on the basis that the parties are currently engaged in settlement negotiations and anticipate that this dispute may be resolved without further need for judicial intervention. The parties agree that Defendants will submit their Reply by March 20, 2020 if settlement efforts are unsuccessful.

2. Pursuant to the Clerk's Notice Setting Case Management Conference for Reassigned Civil Case (Doc. 15, Text-only Entry), the Parties' Case Management Statement is due on March 10, 2020, and the Case Management Conference is set for March 17, 2020. The parties respectfully request that the Court postpone the case management statement and hearing so the parties may continue their settlement efforts. The parties jointly request an enlargement of time of two (2) weeks for the Case Management Statement, up to and including March 24, 2020. The parties jointly ask the Court to reset the Case Management Conference for a date convenient to the Court following the submission of the Case Management Statement.

3. The parties have not previously sought any enlargements of time from the Court. The requested modifications will have a minimal impact upon the schedule for the case as the previous hearing date for Defendants' Motion to Dismiss was vacated upon reassignment of the case to The Honorable Haywood S. Gilliam, Jr. and because the Case Management Conference has not yet occurred. The parties further state that their settlement efforts may moot the need for a Case Management Statement, Case Management Conference, or further judicial intervention.

Goldberg Segalla LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
213.415.7200

25736986.v1

| | | |
|---|---|---|
| Dated:  March 3, 2020 | By: | /s/ *David Y. Choi* |
| | | David Y. Choi |
| | | Lisa M. Conn |
| | | Attorneys for Defendants |
| | | RONALD KEVIN STONE and NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC. |

I attest, in accordance with Local Rule 5-1(i), that concurrence in the filing of this document has been obtained from each of the below signatories.

| | | |
|---|---|---|
| Dated:  March 3, 2020 | By: | /s/ *Richard Charnley* |
| | | Richard Charnley |
| | | Nicole Uhlmann |
| | | Attorneys for Defendants |
| | | RONALD KEVIN STONE and NORTH CAROLINA DIVISION SONS OF CONFEDERATE VETERANS, INC |

| | | |
|---|---|---|
| Dated:  March 3, 2020 | By: | /s/ *Marc J. Randazza* |
| | | Marc J. Randazza |
| | | Alex J. Shepard |
| | | Jay M. Wolman (*pro hac vice* forthcoming) |
| | | RANDAZZA LEGAL GROUP, PLLC |
| | | Attorneys for Plaintiffs |
| | | THOMAS GREGORY DOUCETTE and LAW OFFICES OF T. GREG DOUCETTE, PLLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference previously set for March 17, 2020, is continued to March 31, 2020 at 2:00 p.m.  A case management statement is due by March 24th.**

SIGNED on the 4th day of March, 2020.

The Honorable Haywood S. Gilliam, Jr.
District Court Judge for United States District Court for the Northern District of California