Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
Jay M. Wolman (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorney for Plaintiffs*
T. Greg Doucette & Law Offices of
T. Greg Doucette, PLLC

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS GREGORY DOUCETTE**, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**RONALD KEVIN STONE**, et. al.,<br><br>Defendants. | Case №.: 4:19-cv-08148-HSG<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:         March 31, 2020<br>Time:         2:00 pm.<br>Courtroom:  2<br>Judge:        Hon. Haywood S. Gilliam, Jr. |

Plaintiffs T. Greg Doucette ("Mr. Doucette") and the Law Offices of T. Greg Doucette, PLLC ("TGDLaw") (collectively, "Plaintiffs"), and Defendants Ronald Kevin Stone and the North Carolina Division Sons of Confederate Veterans, Inc. (collectively, "Defendants") submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the S*tanding Order for All Judges of the Northern District of California* and Civil Local rule 16-9.

**1.0    Jurisdiction & Service**

This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. ¶¶ 1331 and 1338, as this case arises under the U.S. Copyright Act.  Plaintiffs contend this Court has personal jurisdiction over Defendants through specific personal jurisdiction and consent; Defendants deny such jurisdiction.  Defendant North Carolina Division Sons of Confederate Veterans, Inc. was served on January 6, 2020; Defendant Ronald Kevin Stone was served on January 7, 2020.

**2.0    Facts**

Plaintiffs allege Defendants sent a bad-faith takedown request under the Digital Millennium Copyright Act ("DMCA), 17 U.S.C. ¶ 512.  The takedown request was targeted at a letter published by Defendants to members of the NCSCV, which was then sent to Plaintiffs and posted by Plaintiffs on their Twitter account and hosted on the online file hosting service Dropbox.

**3.0    Legal Issues**

Plaintiffs contend Defendants sent their takedown request in bad faith because they did not consider whether Plaintiffs' use of the work in question was a fair use, thereby violating 17 U.S.C. ¶ 512(f).  Defendants contend that this Court lacks personal jurisdiction over Plaintiffs' claims and that the matter should otherwise be transferred under the doctrine of *forum non conviens*.

**4.0    Motions**

Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction on February 14, 2020 (Doc No. 9), which is currently pending.

The parties are finalizing settlement discussions and plan to settle all claims prior to the hearing on the pending motion to dismiss.

**5.0    Amendment of Pleadings**

The parties plan to settle all claims in this suit, which will obviate the need for amendment of pleadings.

**6.0 Evidence Preservation**

The parties plan to settle all claims in this suit, which will obviate the need for making any agreements regarding evidence preservation.

**7.0 Disclosures**

The parties plan to settle all claims in this suit, which will obviate the need for making initial disclosures.

**8.0 Discovery**

The parties plan to settle all claims in this suit, which will obviate the need for taking discovery.

**9.0 Class Actions**

This is not a class action case.

**10.0 Related Cases**

There are no related cases.

**11.0 Relief**

The parties plan to settle all claims in this suit, which will obviate the need for requesting any particular damages from this Court.

**12.0 Settlement and ADR**

The parties plan to settle all claims in this suit, which will obviate the need for engaging in any ADR programs.

**13.0 Consent to Magistrate Judge For All Purposes**

Defendants have not consented to having this case assigned to a magistrate judge for all purposes.

**14.0 Other References**

The parties plan to settle all claims in this suit, and so this suit does not need to be referred to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.0 Narrowing of Issues**

The parties plan to settle all claims in this suit, which will obviate the need to narrow issues.

**16.0    Expedited Trial Procedure**

The parties plan to settle all claims in this suit, and so this case need not be handled under the Expedited Trial Procedure of General Order 64.

**17.0    Scheduling**

The parties plan to settle all claims in this suit, which will obviate the need for setting any discovery or briefing schedules.

**18.0    Trial**

The parties plan to settle all claims in this suit, which will obviate the need for trial.

**19.0    Disclosure of Non-party Interested Entities or Persons**

Plaintiffs have filed their Certificates of Interested Entities or Persons (Doc. No. 3).

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such person to report.

**20.0    Professional Conduct**

Counsel of record for Plaintiffs and Defendants have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.0    Other**

There are no other matters at this time that may facilitate the just, speedy and inexpensive disposition of this matter.

Dated: March 24, 2020.              Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC
/s/ Marc J. Randazza
Marc J. Randazza (CA SBN 269535)
Alex Shepard (CA SBN 295058)
Jay M. Wolman (*pro hac vice* forthcoming)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiffs
*T. Greg Doucette & Law Offices of*
*T. Greg Doucette, PLLC*

Dated: March 24, 2020.                Respectfully submitted,

GOLDBERG SEGALLA LLP
/s/ David Y. Choi
David Y. Choi (SBN # 263917)
dchoi@goldbergsegalla.com
Lisa M. Conn
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
(213) 415-7200 (Phone)
(213) 415-7299 (Fax)

Richard Charnley (SBN # 70430)
rlc@charnleyrian.com
Nicole Uhlmann (SBN # 200783)
nwu@charnleyrian.com
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025-1188
(310) 321-4300 (Phone)
(310) 893-0273 (Fax)

Attorneys for Defendants
*Ronald Kevin Stone* and
*North Carolina Division Sons of Confederate Veterans, Inc.*

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.  [In addition, the Court makes the further order stated below:]

IT IS SO ORDERED.

Dated: _____.

_____
UNITED STATES MAGISTRATE JUDGE