# RETURN OF SERVICE

| | |
|---|---|
| **State of:** California | **Court:** UNITED STATES DISTRICT COURT for the Northern District of California |
| **County of:** | **Court Case #:** 4:19-cv-08148-KAW |
| | **Court Date:** |
| | **Issued Date:** 12/16/2019 |
| **Plaintiff** Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC | **Our Case #:** A2019-47 |
| | **Client's ref #:** |
| **Defendant** Ronald Kevin Stone; North Carolina Division Sons of Confederate Veterans, Inc.; and Dropbox, Inc. | |
| **For:** Marc Randazza Randazza Legal Group 2764 Lake Sahara Drive Suite 109 Las Vegas, NV 89117 | |

Received by Counter Intelligence Services on the 6th day of January, 2020 to be served on **North Carolina Division Sons of Confederate Veterans, Inc. -**, located at 805 Cool Springs Road Sanford FL 27330.

I, Russell Wayne Matthews, duty sworn, declare that on the 6th day of January 2020 at 11:07 AM, **I SERVED** the within named corporation by delivering this paper of process **SUMMONS IN A CIVIL ACTION** and leaving a copy with <u>Ronald Kevin Stone as Registered Agent</u> and informed same of the contents within.

DESCRIPTION: White male, 49 years of age, 6'1" in height, 362 pounds, brown hair, brown eyes, and wears glasses.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_R. Wayne Matthews_
Russell Wayne Matthews
Lic#:
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_Diane S Matthews_
NOTARY PUBLIC   (Signature & Seal)
My Commision Expires 01-21-2024
Subscribed and Sworn to, before me on
6th day of January 2020

☑ Personally Known
☐ Provided ID _____

**DIANE S MATTHEWS**
**NOTARY PUBLIC**
**LEE COUNTY, NC**

Copyright © 2006 - 2020, Virtual Case Management, LLC