# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | California | Court: | UNITED STATES DISTRICT COURT for the Northern District of California |
| County of: | | Court Case #: | 4:19-cv-08148-KAW |
| | | Court Date: | |
| | | Issued Date: | 12/16/2019 |

**Plaintiff**
Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC

Our Case #: A2019-47
Client's ref #:

**Defendant**
Ronald Kevin Stone; North Carolina Division Sons of Confederate Veterans, Inc.; and Dropbox, Inc.

**For:**
Marc Randazza
Randazza Legal Group
2764 Lake Sahara Drive Suite 109
Las Vegas, NV 89117

Received by Counter Intelligence Services on the 6th day of January, 2020 to be served on **Ronald Kevin Stone**, located at 805 Cool Springs Road Sanford NC 27330.
Is the party being served currently on active duty within the United States armed forces: No

I, Russell Wayne Matthews, duty sworn, declare that on the 7th day of January 2020 at 5:50 PM, I **INDIVIDUALLY SERVED** this paper of process **SUMMONS IN A CIVIL ACTION** by leaving a copy at the within named person's usual place of residence.

DESCRIPTION: White male, 49 years of age, 6'1" in height, 362 pounds, brown hair, brown eyes, and wears glasses.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

R. Wayne Matthews
Russell Wayne Matthews
Lic#:
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

Diane S Matthews
NOTARY PUBLIC   (Signature & Seal)
My Commision Expires 01-21-2024
Subscribed and Sworn to, before me on
7th day of January 2020

☑ Personally Known
☐ Provided ID

DIANE S MATTHEWS
NOTARY PUBLIC
LEE COUNTY, NC

Copyright © 2006 - 2020, Virtual Case Management, LLC