Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
Jay M. Wolman (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorney for Plaintiffs*
*T. Greg Doucette & Law Offices of*
*T. Greg Doucette, PLLC*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS GREGORY DOUCETTE,** et. al., | Case №.: 4:19-cv-08148-HSG |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DROPBOX, INC.** |
| vs. | |
| **RONALD KEVIN STONE**, et. al., | |
| Defendants. | |

Plaintiffs Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby give notice of voluntary dismissal of this action as against Dropbox, Inc.  Neither an answer nor motion for summary judgment has been filed by Dropbox, Inc.

Dated:  April 14, 2020

Respectfully submitted,

/s/ Marc J. Randazza

Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 295058)
Jay M. Wolman (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorney for Plaintiffs*
*Thomas Gregory Doucette &*
*Law Offices of T. Greg Doucette, PLLC*

Case No. 4:19-cv-08148-HSG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza