Marc J. Randazza (CA SBN 269535)
Alex J. Shepard (CA SBN 29058)
Jay M. Wolman (*pro hac vice* forthcoming)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorney for Plaintiffs*
*T. Greg Doucette & Law Offices of*
*T. Greg Doucette, PLLC*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS GREGORY DOUCETTE,** et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**RONALD KEVIN STONE**, et. al.,<br><br>Defendants. | Case №.: 4:19-cv-08148-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Thomas Gregory Doucette and Law Offices of T. Greg Doucette, PLLC and Defendants Ronald Kevin Stone and North Carolina Division Sons of Confederate Veterans, Inc., by and through their legal counsel, and stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the dismissal with prejudice of the above-captioned action.  Each party shall bear its own costs and attorneys' fees.

**STIPULATED TO BY:**

Dated: April 14, 2020        By:

        RANDAZZA LEGAL GROUP, PLLC
        /s/ Marc J. Randazza
        Marc J. Randazza (CA SBN 269535)
        Alex Shepard (CA SBN 295058)
        Jay M. Wolman (*pro hac vice* forthcoming)
        2764 Lake Sahara Drive, Suite 109
        Las Vegas, NV 89117

        Attorneys for Plaintiffs
        *T. Greg Doucette & Law Offices of*
        *T. Greg Doucette, PLLC*

        I attest, in accordance with Local Rule 5-1(i), that concurrence in the filing of this document has been obtained from each of the below signatories

Dated: April 14, 2020.       By:

        GOLDBERG SEGALLA LLP
        /s/ David Y. Choi
        David Y. Choi (SBN # 263917)
        dchoi@goldbergsegalla.com
        Lisa M. Conn
        777 S. Figueroa Street, Suite 2000
        Los Angeles, CA 90017
        (213) 415-7200 (Phone)
        (213) 415-7299 (Fax)

Dated: April 14, 2020.       By:

        CHARNLEY RIAN LLP
        /s/ Richard Charnley
        Richard Charnley (SBN # 70430)
        rlc@charnleyrian.com
        Nicole Uhlmann (SBN # 200783)
        nwu@charnleyrian.com
        12121 Wilshire Boulevard, Suite 600
        Los Angeles, CA 90025-1188
        (310) 321-4300 (Phone)
        (310) 893-0273 (Fax)

Attorneys for Defendants
*Ronald Kevin Stone* and
*North Carolina Division Sons of Confederate Veterans, Inc.*

Case No. 4:19-cv-08148-HSG

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on April 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

               Respectfully submitted,

               /s/ Marc J. Randazza
               Marc J. Randazza